# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 21-MJ-6530-MPK |
| Hector Garcia | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  06/17/2020-08/18/21, 07/21/2020  in the county of  Essex  in the
 District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1028A | Aggravated Identity Theft |
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |

This criminal complaint is based on these facts:

See Affidavit of Special Agent Jacqleen Cunningham.

☑ Continued on the attached sheet.

/s/ Jacqleen Cunningham
*Complainant's signature*

Jacqleen Cunningham, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. Crim. P. 4.1 by telephone.

Date: 08/18/2021

*Judge's signature*

City and state: Boston, MA

Chief U.S. Magistrate Judge M. Page Kelley
*Printed name and title*